**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 166 DB 2023 (No. 1 RST 2024) |
| | : | |
| ANTHONY MAZZARELLI | : | Attorney Registration No. 91500 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM ADMINISTRATIVE SUSPENSION | : | (Out of State) |

**O R D E R**

**PER CURIAM**

**AND NOW**, this 18ᵗʰ day of January, 2024, the Report and Recommendation of Disciplinary Board Member dated January 11, 2024, is approved and it is ORDERED that ANTHONY MAZZARELLI, who has been on Administrative Suspension, has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.